# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2635

_____

Layla M. Linegar

*Plaintiff - Appellant*

v.

Mark Lobanoff, M.D., and North
Suburban Eye Specialists, LLP

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 20, 2013
Filed: March 7, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Layla Linegar appeals the district court's[1] order dismissing her diversity action asserting state medical tort claims, after Linegar acknowledged that she did not have an expert witness to testify at trial. After careful review, see Schaffart v. ONEOK, Inc., 686 F.3d 461, 470 (8th Cir. 2012) (grant of judgment as matter of law is reviewed de novo), we conclude that the dismissal was proper for the reasons stated by the district court, see Fabio v. Bellomo, 504 N.W.2d 758, 762 (Minn. 1993) (expert-testimony requirement for medical-malpractice claim); Reinhardt v. Colton, 337 N.W.2d 88, 96 (Minn. 1983) (expert-testimony requirement for negligent-nondisclosure claim). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

-2-